# Court of Appeals
# of the State of Georgia

ATLANTA,  June 16, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0136. BERNICE DAVIS v. DEAH B. WARREN, JUDGE.**

Bernice Davis, acting pro se, has filed an "Emergency Petition for Writ of Mandamus." This Court's original mandamus jurisdiction under Court of Appeals Rule 40 (c) "is narrow and will be exercised sparingly" as may be necessary in aid of our jurisdiction or to protect or effectuate our judgments. Upon consideration of Davis's petition, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  06/16/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.